

**COMPLAINT OF DISCRIMINATION**
State Form 42782 (R / 8-11)

ICRC DOCKET NO: EMag13071309
EEOC CHARGE NO: 24F-2013-00592



INDIANA CIVIL RIGHTS COMMISSION
100 North Senate Avenue, Room N103
Indianapolis, IN 46204
Telephone: (317) 232-2600
Toll free: (800) 628-2909

RECEIVED
JUL 11 2013
INDIANA CIVIL RIGHTS COMMISSION

*INSTRUCTIONS: Please type or print legibly.*

Any person or representative aggrieved by a discriminatory practice or act contrary to the provisions of the Indiana civil rights laws may file a complaint with the Indiana Civil Rights Commission (ICRC). A complaint must be filed within one hundred eighty (180) days from the date of the last occurrence of the discriminatory act (except in housing cases). A complaint alleging a discriminatory housing practice must be filed within one (1) year from the date of the last occurrence.

### COMPLAINANT INFORMATION

**Name (first, last):** Terry Hill
**Home telephone number:** (812) 620-3503
**Work telephone number:** ( )
**Mobile telephone number:** ( )
**E-mail address:**

EEOC Indianapolis District Office
AUG 10 2013
RECEIVED

**Address (number and street, city, state, and ZIP code):** 7384 W. Rosebud Road Salem, Indiana 47167

### SECONDARY CONTACT INFORMATION
(In the event that we cannot reach you at the above contact)

**Name (first, last):**
**Relationship:**
**Home telephone number:** ( )
**Work telephone number:** ( )
**Mobile telephone number:** ( )

### RESPONDENT INFORMATION

**Name of respondent:** Washington County Solid Waste Department
**Address (number and street, city, state, and ZIP code):** 99 Public Square, Salem, Indiana 47167
**Telephone number:** (812) 883-3039
**Mailing address (number and street, city, state, and ZIP code):** Same as above

**Number of employees (please check one only):**
☐ 1-5    ☐ 6-14    ☒ 15 or more    ☐ N/A

### AREA OF DISCRIMINATION

I believe I have been discriminated against in the area of:
☐ Credit    ☐ Education    ☒ Employment    ☐ Public Accommodation    ☐ Housing

I believe I have been discriminated against on the basis of:
☒ Age    ☐ Ancestry    ☐ Color    ☒ Disability    ☐ Race    ☐ Religion
☐ Sex    ☐ Retaliation    ☐ Sexual Orientation    ☐ Familial Status    ☐ National Origin

**What date did the alleged discriminatory act occur? (month, day, year):** January 25, 2013

**How were you referred to the ICRC?**
☐ Attorney / Lawyer  ☐ Government Agency  ☐ Friend  ☐ Advertisement  ☐ Brochure/Poster  ☐ Internet  ☐ Other _____

### GRIEVANCE OR OTHER ACTION FILED REGARDING THIS MATTER

**Name of procedure or agency:**
**Date filed (month, day, year):**
**Status / Disposition:**
**Date of disposition (month, day, year):**
**Date of alleged discriminatory act (month, day, year):**